UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

NO. 14-3488

LEECO, INC.; JAMES RIVER COAL COMPANY

Petitioners

v.

DARRELL MAY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR

Respondents

ON PETITION FOR REVIEW OF A DECISION AND ORDER
OF THE BENEFITS REVIEW BOARD
UNITED STATES DEPARTMENT OF LABOR
(13-0284 BLA)

MOTION TO WITHDRAWAL AS COUNSEL

Come H. Brett Stonecipher and Fogle Keller Purdy PLLC, and states as follows:

1. In April, 2014, James River Coal Co. filed for Chapter 11 bankruptcy protection. On 2/2/15, we were advised that James River Coal Co. will no longer continue providing funding for their Federal Black Lung self-insured program, and that the DOL has now taken over this program and will make all future payments of benefits as well as litigation decisions.

2. In light of the above, we have been directed to file a Notice of Withdrawal of Counsel in all cases in which we are currently representing James River Coal Companies, including Leeco Inc. Therefore, we are officially Withdrawing as Counsel in this claim. It is our understanding that the Office of the Solicitor will now represent the Director's and Leeco's interests with respect to this matter..

Respectfully submitted,

/s/ H. Brett Stonecipher
Counsel for Petitioners

# CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing motion was filed by electronic delivery on this the 13th day of February, 2015 to the following:

James D. Holliday, Esq.
109 Broadway
P.O. Box 29
Hazard, KY  41702

Sean G. Bajkowski, Esq.
U.S. Department of Labor-SOL/BLLS
200 Constitution Ave. N.W.
Suite N-2117
Washington, DC  20210

Barry Joyner, Esq.
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Washington, DC 20210

Deborah S. Hunt, Clerk
Clerk of Court
United States Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

/s/ H. Brett Stonecipher
Counsel for Petitioners
